AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 APR -2 P 1:56

United States of America
v.
JULIO VASQUEZ SANCHEZ
aka "BotTrack"

*Defendant*

Case No. 25-mj-9083

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JULIO VASQUEZ SANCHEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Transport and Receive Stolen Property)

RECEIVED
USMS DISTRICT OF NEW JERSEY
FEB 24 2025
WARRANTS ENFORCEMENT SECTION

Date: 02/21/2025

Cathy L. Waldor (TAC)
*Issuing officer's signature*

City and state: Newark, New Jersey

Hon. Cathy L. Waldor, U.S.M.J.
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/24/2025, and the person was arrested on *(date)* 3/17/2025
at *(city and state)* New York, NY.

Date: 3/21/2025

[signature]
*Arresting officer's signature*

Dolby Bornsztein, DUSM
*Printed name and title*