**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| v. | : | Mag. No. 25-9083 |
| JULIO VAZQUEZ SANCHEZ, a/k/a "BotTrack" | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses the Criminal Complaint, Mag. No. 25-9083, against defendant Julio Vazquez Sanchez, charging the defendant with conspiracy to transport and receive stolen property, contrary to Title 18, United States Code, Sections 2314 and 2315, in violation of Title 18, United States Code, Section 371. Further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

ROBERT FRAZER
United States Attorney

Trevor A. Chenoweth
Assistant United States Attorney

Approved:

Bradley A. Harsch
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: April _2_, 2026

s/ Cari Fais
HON. CARI FAIS
United States Magistrate Judge